UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-6124 |
| v. ) | |
| ) | Judge Collier/Steger |
| MARCUS MANTRELL JACKSON ) | |

## MEMORANDUM AND ORDER

MARCUS MANTRELL JACKSON ("Defendant") came before the Court for an initial appearance on June 1, 2018, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition for Warrant for Offender under Supervision ("Petition") [Doc. 3].

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Gianna Maio of Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant.

Defendant was furnished with a copy of the Petition, and had an opportunity to review that document with his attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of his counsel. In addition, AUSA Kyle Wilson explained to Defendant the specific charges contained in the Petition. Defendant acknowledged that he understood the charges in the Petition.

The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail; however, the United States Probation Office recommended that Defendant be permitted to remain on the original conditions of his Supervised Release pending the revocation hearing with a request that the undersigned provide instruction to Defendant that he must strictly abide by such conditions. The Government joined in that recommendation. For that reason, Defendant waived his right to a preliminary hearing and a detention hearing; however, the Court acceded to the Government's request to allow Defendant to remain out of custody provided that he resume strict compliance with the conditions of his supervised release.

It is, therefore, **ORDERED** that:

1. The Government's recommendation that Defendant remain out of custody

pending his revocation hearing on **June 27, 2018** is hereby **GRANTED**.

2. While out of custody, Defendant shall strictly comply with the conditions of supervised release already established by the Court.

3. Defendant shall appear in person for his revocation hearing before Judge Collier on **June 27, 2018, at 2:00 p.m.**.

**ENTER.**

/s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE